# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.** | **NOTICE OF SETTING** |
| **LEONEL RODRIGUEZ NAVARRO** | **CR C  19-207-1** |

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

### JUDGE JANIS GRAHAM JACK

United States Courthouse
1133 North Shoreline Boulevard
2nd Floor Courtroom
Corpus Christi, Texas 78401

**On**    **THURSDAY, JANUARY 16, 2020**    at    2:45 PM

## PURPOSE OF PROCEEDING:

| | | |
|---|---|---|
| _____ | Final Pretrial Conference<br>*Note: Client(s) are required to appear* | _____ Motion Hearing |
| _____ | Jury Selection and Trial | _____ Show Cause Hearing |
| _____ | Rearrangement | **X** Sentencing |
| _____ | Other - | _____ Supervised Release Hearing |

DAVID BRADLEY, Clerk of Court

By Deputy:  **Jared Marks**

**December 30, 2019**